## MATTONE v ARGENTINA

Ohio Supreme Court
No 22414.  Decided March 11, 1931

Marshall, CJ, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index**.

## GREAT LAKES STAGES, INC v LAING

Ohio Supreme Court
No 22435.  Decided March 11, 1931

Marshall, CJ, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index**.